PAUL B. MELTZER (State Bar No. 077425)
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: (831) 426-6000

Attorneys for Defendant, NORMAN T. BUETOW

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 09-01119-ED |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| vs. ) | AND [~~PROPOSED~~] ORDER |
| ) | |
| NORMAN T. BUETOW, ) | Judge: The Honorable Edward Davila |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the November 28, 2011 Dispositional Hearing at 1:30 p.m. previously set forth in the matter of NORMAN T. BUETOW to December 19, 2011 at 1:30 p.m. for plea. Dr. Buetow has a number of medical appointments scheduled with an internist and a urologist next week. He could not schedule these tests at an earlier time as he did not have health insurance or the ability to pay independently. As soon as he obtained health insurance, Dr. Buetow scheduled these appointments. Dr. Buetow would like to get the results of these tests before entering a plea.

The parties agree that the time between November 28, 2011 to December 19, 2011 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public.

//

STIPULATION TO CONTINUE - 1

1   Therefore, it is respectfully requested that the previously set Status Conference of
2   November 28, 2011 be vacated and a plea be set for December 19, 2011 at 1:30 p.m.
3   THE PARTIES SO STIPULATE.

6   Dated: November___, 2011                    UNITED STATES ATTORNEY

                                                _____
                                                EUMI CHOI, A. U.S. Attorney

11  Dated: November 23, 2011                    LAW OFFICES OF PAUL B. MELTZER

                                                _____
                                                PAUL B. MELTZER,
                                                Attorney for Defendant NORMAN T. BUETOW

STIPULATION TO CONTINUE - 2

[PROPOSED] ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the November 28, 2011 Dispositional Hearing at 1:30 pm. previously set forth in the matter of NORMAN T. BUETOW is continued to December 19, 2011 at 1:30 p.m. for plea. It is further ordered that the time between November 28, 2011 until December 19, 2011 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: November 23, 2011

HON. EDWARD DAVILA, DISTRICT JUDGE
UNITED STATES DISTRICT COURT